THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AARON C. BRIONES, | CASE NO. C24-1064-JCC |
| Plaintiff, | ORDER |
| v. | |
| WINCO FOODS, LLC, *et al.*, | |
| Defendants. | |

This matter comes before the Court *sua sponte*. On July 19, 2024, the Court conducted pre-service review of Plaintiff's *in forma pauperis* ("IFP") complaint pursuant to 28 U.S.C. § 1915(a). In doing so, the Court directed Plaintiff to show cause why the Court has subject matter jurisdiction by filing an amended complaint within thirty days of the Court's order. (*See* Dkt. No. 7.) To date, Plaintiff has not filed an amended complaint or otherwise responded to the Court's order. Accordingly, his complaint (Dkt. No. 5) is DISMISSED without prejudice.

DATED this 20th day of August 2024.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C24-1064-JCC
PAGE - 1